# EXHIBIT A

Index of Record


## INDEX TO THE APPELLATE RECORD - CASE 2025TR002814

| DATE FILED | NON PUBLIC | PLEADING FILED | PAGES |
|---|---|---|---|
| 01/15/2025 | | CITATION FILED AKLQFUE | 5 |
| 01/15/2025 | | SUPPLEMENTAL CITATION INFORMATION | 6 |
| 01/17/2025 | | ELECTED SCHOOL AFFIDAVIT | 7 |
| 01/17/2025 | | LETTER FROM CLERK | 8 |
| 01/17/2025 | | AGREEMENT TO PAY DOWN PAYMENT OF $15.40 BY 1/21; THEN $39.65 BY 2/20/25-5/20/25 | 9 |
| 01/17/2025 | | LETTER FROM CLERK | 10 |
| 01/30/2025 | | LETTER FROM CLERK | 11 - 12 |
| 02/03/2025 | | LETTER TO JUDGE | 13 - 14 |
| 02/03/2025 | | JUDGE RESPONSE GRANTED TO BE SET FOR HEARING BY CLERK | 15 - 16 |
| 02/04/2025 | | HEARING REQUEST ORIGINALLY RECEIVED 01/30/25 | 17 |
| 02/05/2025 | | HEARING NOTICE FOR A CIVIL INFRACTION HEARING ON MAR 26, 2025 AT 01:30 PM PRINTED | 18 |
| 03/26/2025 | | OPEN COURT MINUTES BEFORE HEARING OFFICER JOHN PASCUCCI | 19 - 20 |
| 03/26/2025 | | ORDER OF DISPOSITION | 21 |
| 03/26/2025 | | ORDER OF COSTS | 22 |
| 04/22/2025 | | NOTICE OF APPEAL | 23 |
| 04/22/2025 | | INDIGENT APPLICATION FOR APPEAL | 24 |
| 04/28/2025 | | NOTICE OF APPEAL AMENDED | 25 - 41 |
| 04/30/2025 | | AMENDED WITH DATE REQUEST FOR COURT RECORDS 5 -HEARING AUDIO AND TRANSCRIPT | 42 |
| 04/30/2025 | | MOTION TO STAY ENFORCEMENT OF FINE PENDING APPEAL | 43 - 44 |