**EXHIBIT B**

Cover Page of Record on Appeal



# IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

## APPELLATE CASE NO.: 25-3179
### L.T. CASE NO: 2025TR002814

FARFAN, LISSET

**APPELLANT**

—vs—

STATE OF FLORIDA

**APPELLEE**

## RECORD ON APPEAL

### IN THE COUNTY COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
### IN AND FOR SEMINOLE COUNTY, FLORIDA

**GRANT MALOY**
**CLERK OF THE CIRCUIT COURT**
301 N. PARK AVE
SANFORD FL 32771
APPELLATE DIVISION
(407) 665-4470
FAX: (407) 330-7193

1