**EXHIBIT C**

**Certificate of Clerk dated May 2, 2025**

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA

APPEAL NO.: 25-02-AP

CASE NO.: 2025TR002814

FARFAN, LISSET
Plaintiff/Petitioner

Vs.

STATE OF FLORIDA
Defendant/Respondent

### CERTIFICATE OF CLERK

STATE OF FLORIDA)
COUNTY OF SEMINOLE)

I, Grant Maloy, Clerk of the Circuit Court and Comptroller for the County of Seminole, State of Florida, do hereby certify that the foregoing pages are a true and correct copy of original papers and proceedings in said cause as it appears from the records and files of my office.

In witness whereof, I have hereunto set my hand and affixed the seal of said court this __2nd__ day of ____May____, 2025.

GRANT MALOY
CLERK OF THE CIRCUIT COURT
AND COMPTROLLER

BY: _[signature]_
Deputy Clerk

AP1216.007