# EXHIBIT D

**Email Correspondence Confirming Receipt and Transmission**

Re: 25-02-AP L. Farfan v State of Florida

From: Lisset Farfan (l.adornof@gmail.com)
To: royoung@seminoleclerk.org
Cc: l.adornof@gmail.com
Bcc: lissetfarfan@aol.com
Date: Monday, July 28, 2025 at 09:51 AM EDT

Please accept this motion re suspension.

Lisset Farfan, Pro Se

On Mon, Jul 28, 2025 at 8:22 AM Robyn Young <ROYOUNG@seminoleclerk.org> wrote:

> Good morning,
>
> The 21 page document I received and is in your appeals case file.
>
> Let me know if you have any other questions.
>
> Thank you,



**Robyn Young**

Deputy Clerk

Appeals

101 Eslinger Way

Sanford, FL 32773

Phone: 407-665-4470

www.SeminoleClerk.org

**Grant Maloy,**
Seminole County Clerk
of the Circuit Court and
Comptroller

*"Skilled
Professionals
Serving People"*