IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. _____

**LISSET FARFAN,**
Plaintiff,

v.

**CLERK OF COURT, SEMINOLE COUNTY, FLORIDA, et al.,**
Defendants.

### DECLARATION OF LISSET FARFAN IN SUPPORT OF COMPLAINT

I, Lisset Farfan, declare as follows:

1. I am the Plaintiff in this action and submit this Declaration in support of my Complaint for Declaratory and Injunctive Relief.

2. I am over the age of eighteen and competent to make this declaration. The facts stated herein are based on my personal knowledge.

3. I am indigent, disabled, and proceeded **pro se** in my state traffic appeal before the Eighteenth Judicial Circuit in and for Seminole County, Florida.

4. On April 28, 2025, I timely filed an appellate packet totaling twenty-one (21) pages with the Seminole County Clerk's Office in connection with my traffic appeal. This packet included, among other documents, my Initial Brief, Statement of Case and Facts, Argument, and Relief Sought.

5. On July 3, 2025, after receiving notice from the Jennifer Jordan court that my appeal could be subject to dismissal, I contacted the Seminole County Clerk's Office seeking confirmation that my appellate filings had been received, were complete, and were available to the Court.

6. On July 23, 2025, Deputy Clerk Robyn Young informed me by email that the list of appellate documents I provided had been sent to the law clerk for review, including my Notice of Appeal (Initial Brief) and Amended Notice of Appeal (Amended Initial Brief).

7. On July 28, 2025, Deputy Clerk Robyn Young expressly confirmed to me in writing that the **"21-page document I received and is in your appeals case file."** This 21-page document consisted of **Notice of Appeal (Initial Brief) and Amended Notice of Appeal (Amended Initial Brief).** A true and correct copy of this email correspondence is attached as Exhibit D."

8. Based on this written confirmation from the Clerk's Office, I reasonably believed that my Initial Brief and appellate filings were properly received, associated with my appeal, and under review by the court.

9. At no time after receiving this confirmation was I advised that:
    - my Initial Brief was not properly docketed,
    - the filings were associated with an incorrect case number,
    - I was required to re-submit my Initial Brief,
    - or that any additional corrective action was required on my part.

10. Had I been advised that my Initial Brief was not properly before the Court, or that it needed to be re-submitted under a different appellate case number, I would have immediately complied.

11. I first learned that my Initial Brief was being treated as nonexistent when my appeal was dismissed for failure to file an Initial Brief on August 28, 2025.

12. I relied in good faith on the Clerk's written confirmation and had no notice that further action was required to preserve my appellate rights.

13. On July 30, 2025, Deputy Clerk Robyn Young advised me by email that if I wished the Circuit Court to respond to pending motions, I must address filings to the appellate case number 25-02-AP and submit them by fax, mail, or in person. This communication addressed only the method for seeking responses to motions and did not state or suggest that my Initial Brief was missing, improperly filed, ineffective, or required re-submission. I was not warned that my appeal was subject to dismissal for failure to file an Initial Brief, nor was I advised that any corrective action was required to preserve my appellate rights.

14. As a result of these circumstances, my appeal was dismissed without meaningful review, and enforcement of the underlying judgment continued, including the suspension of my driver's license.

15. This Declaration is submitted to demonstrate my reasonable reliance on official representations made by the Clerk's Office and the resulting denial of meaningful access to appellate review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3 day of Feb., 2026, in Orlando, Florida.

Lisset Farfan
Plaintiff, Pro Se

17

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

LISSET FARFAN,
Plaintiff,

v.                                                                                  Case No. _____

CLERK OF COURT, SEMINOLE COUNTY, FLORIDA, et al.,
Defendants.
_____/

**NOTICE OF FILING DECLARATION OF LISSET FARFAN
IN SUPPORT OF COMPLAINT**

Plaintiff, Lisset Farfan, pro se, hereby files the Declaration of Lisset Farfan in Support of Complaint, together with attached exhibits, in support of her Complaint for Declaratory and Injunctive Relief.

Respectfully submitted,
/s/ Lisset Farfan
Lisset Farfan
Plaintiff, Pro Se

1