**EXHIBIT A**

April 28, 2025 Filed Initial Brief (Stamped Copy) also index page to brief

**Exhibit A**

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT IN AND FOR SEMINOLE COUNTY, FLORIDA
### APPELLATE DIVISION

Lisset Farfan,
Appellant

v.

State of Florida
Sanford Police Department,
Officer J. Salgado,
Appellees.

**FILED**

APR 2 8 2025

CLERK SEMINOLE COUNTY

Date:  April 28, 2025

Division: Traffic
Case No.: 2025TR002814
Citation No.: ~~AKLOF~~

AKLQFUE
JF

Exhibit A1

# APPENDEX

| ENCLOSED: | PAGE |
|---|---|
| COVER SHEET – | 1 |
| APPENDEX – | 2 |
| COVER LETTER – | 3 |
| APPELLANT'S BRIEF / ARGUMENT SUMMARY – | 4-5 |
| PUBLIC RECORDS REQUEST: | |
| Body Camera Request (Sanford PD) | 6 |
| Radar Calibration Request (Sanford PD) | 7-8 |
| Officer Notes / Dispatch Request (Sanford PD) | 9-10 |
| Flashing School Zone Light Logs Request (City of Sanford Public Works) | 11-12 |
| Hearing Audio/Transcript Request (Seminole County Clerk) | 13 |

cont.

| | |
|---|---|
| AMENDED INITIAL BRIEF – | 14 |
| STATEMENT OF CASE FACTS – | 14 |
| SUMMARY ARGUMENT – | 14 |
| ARGUMENT – | 15-16 |
| RELIEF SOUGHT – | 17 |
| SUMMARY ARGUMENT (condensed) | 18 |
| CERTIFICATE OF SERVICE – | 19 |
| APPENDIX A – | 20 |
| PROOF of INDIGENT STATUS – | 21 |