**Exhibit B**

Shows that Plaintiff filed on April 28, 2025 and Clerk accepted and entered into Docket

| Date | No. | Type | Description | Pages |
|---|---|---|---|---|
| 11/12/2025 | 25 / 25 | FREE | PURPOSE OF SUBMISSION FORMAL REQUEST FOR ENFORCEMENT HOLD AND CORRECTION OF | 6 |
| 08/25/2025 | 29 / 24.10 | ORD | ORDER DISMISSING APPEAL | 2 |
| 07/25/2025 | 24 / 24 | FINL | COLLECTION LETTER PRINTED ON 07/25/2025 | 1 |
| 06/16/2025 | 23 / 23 | FREE | REQUEST FOR RULING ON MOTION TO STAY ENFORCEMENT OF FINE PENDING APPEAL | 3 |
| 06/04/2025 | 22 / 22 | FREE | REQUEST FOR COURT RECORDS | 2 |
| 06/04/2025 | 21 / 21 | MOTN | MOTION TO SUPPLEMENT THE RECORD ON APPEAL | 5 |
| 04/30/2025 | 20 / 20 | MOTN | MOTION TO STAY ENFORCEMENT OF FINE PENDING APPEAL | 2 |
| 04/30/2025 | 19 / 19 | FREE | AMENDED WITH DATE REQUEST FOR COURT RECORDS 5 - HEARING AUDIO AND TRANSCRIPT | 1 |
| 04/28/2025 | 18 / 18 | NOAP | NOTICE OF APPEAL AMENDED | 17 |
| 04/22/2025 | 17 / 17 | FREE | INDIGENT APPLICATION FOR APPEAL | 1 |
| 04/22/2025 | 16 / 16 | NOAP | NOTICE OF APPEAL | 1 |
| 03/26/2025 | 15 / 15 | ORJD | ORDER OF COSTS | 1 |
| 03/26/2025 | 14 / 14 | ORDI | ORDER OF DISPOSITION | 1 |
| 03/26/2025 | 13 / 13 | MNF | OPEN COURT MINUTES BEFORE HEARING OFFICER JOHN PASCUCCI | 2 |
| 02/05/2025 | 12 / 12 | SYS | HEARING NOTICE FOR A CIVIL INFRACTION HEARING ON MAR 26, 2025 AT 01:30 PM PRINTED | 1 |