**EXHIBIT C**

July 3, 2025, Order to Show Cause

**Exhibit C**

IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NO.:   25-02-AP

LISSET FARFAN,
    Appellant,

vs.

STATE OF FLORIDA,
    Appellee.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court on its own motion. The record reflects that the Appellant, Lisset Farfan, filed a "Notice of Appeal" on April 21, 2025. Appellant's Initial Brief was due on or before June 30, 2025. *See* Fla. R. App. P. 9.110(f) ("The Appellant's initial brief must be served within 70 days of filing the notice."). To date, Appellant has not filed an Initial Brief in compliance with Florida Rule of Appellate Procedure 9.210. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Within **twenty (20) days** of the date this Order is rendered, Appellant shall file an Initial Brief or, if there is no arguable basis for reversal, a Notice of Voluntary Dismissal. If an Initial Brief is served, Appellee shall have **thirty (30) days** thereafter to file an Answer Brief.

2. Failure to comply with this Court's Order may result in sanctions pursuant to Florida Rule of Appellate Procedure 9.410, including dismissal without further notice.

**DONE AND ORDERED** in Chambers at Sanford, Seminole County, Florida, this 3rd day of July, 2025.

_____
**MELANIE CHASE, CIRCUIT JUDGE**
Administrative Judge, Civil Appellate Division

Page 1 of 2

8 of 22

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Order has been furnished by e-mail or U.S. Mail on this 3rd day of July, 2025 to the following:

Lisset Farfan
2510 S. Laurel Avenue
Sanford, FL 32773
lissetfarfan@aol.com

Office of the State Attorney
semctycourtappeals@sa18.org

/s/JJ
_____
JUDICIAL ASSISTANT