**Exhibit D**

July 28 & July 18 Email Correspondence

Legal Proof of Appellant's Service, Follow Up, and Clerk Acknowledgment of Routing Issues.

This exhibit contains the July 28 through July 28, 2025, email chain demonstrating that Appellant served filings, followed up repeatedly, and received acknowledgment from the Clerk's Office that the lower tribunal had not responded but never to refile nor resubmit. These communications contradict statements in the October 7, 2025, Order regarding alleged service failures or lack of response.

## Re: 25-02-AP L. Farfan v State of Florida

From: Lisset Farfan (l.adornof@gmail.com)

To: ROYOUNG@seminoleclerk.org

Cc: l.adornof@gmail.com

Bcc: lissetfarfan@aol.com

Date: Monda , Jul 28, 2025 at 09:56 AM EDT

Thank ou. I just spoke to the Clerk ho stated she ould resubmit motion to see hat I can do ith suspension.

I have 3 grandchildren from NC & NJ so I need m license.

Please advise.

On Mon, Jul 28, 2025 at 9:50 AM Rob n Young <ROYOUNG@seminoleclerk.org> rote:

> Yes, I con rm that I have all eight documents listed belo .
>
> Thank ou,

**Robyn Young**

**Deputy Clerk**

Appeals

101 Eslinger Way

Sanford, FL 32773

Phone: 407-665-4470

www.SeminoleClerk.org

**Grant Maloy,**
Seminole County Clerk
of the Circuit Court and
Comptroller

***"Skilled Professionals Serving People"***

**From:** Lisset Farfan <l.adornof@gmail.com>
**Sent:** Monday, July 28, 2025 9:44 AM
**To:** Robyn Young <ROYOUNG@seminoleclerk.org>
**Cc:** Lisset Farfan <l.adornof@gmail.com>
**Subject:** Re: 25-02-AP L. Farfan v State of Florida

**EXTERNAL EMAIL:** The email originated from outside of the Seminole County Clerk's Office.
Please DO NOT reply to this email, open any links or attachments unless you trust the sender and know the content is safe.

Good morning,

Can ou please con rm receipt of:

According to the court s records, the follo ing items are on le:

- Request for Ruling on Motion to Sta
- Request for Court Records
- Motion to Sta Enforcement
- Motion to Supplement the Record on Appeal
- Amended Request for Hearing Audio
- Amended Notice of Appeal
- Indigent Status Approval
- Original Notice of Appeal

Because due to the motion being ignored I received this email toda , hich states m license is suspended.

I submitted m motions months ago, I should not be penali ed due to m motions being ignored or mis led.

Please accept m ; **EMERGENCY MOTION TO REINSTATE STAY OF ENFORCEMENT AND TO STOP DRIVER LICENSE SUSPENSION," attached.**

**Thank you, please inform me what else needs to be done if anything.**

Sincerel ,

Lisset Farfan

On Mon, Jul 28, 2025 at 8:22 AM Rob n Young <ROYOUNG@seminoleclerk.org> rote:

> Good morning,
>
> The 21 page document I received and is in our appeals case le.

Let me kno if ou have an other questions.

Thank ou,

**Robyn Young**

**Deputy Clerk**

Appeals

101 Eslinger Way

Sanford, FL 32773

Phone: 407-665-4470

www.SeminoleClerk.org

**Grant Maloy,**
Seminole County Clerk
of the Circuit Court and
Comptroller

***"Skilled Professionals Serving People"***

---

**From:** Lisset Farfan <l.adornof@gmail.com>
**Sent:** Wednesday, July 23, 2025 7:32 PM
**To:** Robyn Young <ROYOUNG@seminoleclerk.org>
**Cc:** Lisset Farfan <l.adornof@gmail.com>
**Subject:** Re: 25-02-AP L. Farfan v State of Florida

**EXTERNAL EMAIL:** The email originated from outside of the Seminole County Clerk's Office.
Please DO NOT reply to this email, open any links or attachments unless you trust the sender and know the content is safe.

I am riting to request con rmation regarding several documents I led ith the Seminole Count Clerk s O ce on April 28, 2025, for m tra c appeal (Case No. 2025TR002814).

According to the court s records, the follo ing items are on le:

- Request for Ruling on Motion to Sta
- Request for Court Records
- Motion to Sta Enforcement
- Motion to Supplement the Record on Appeal

- Amended Request for Hearing Audio
- Amended Notice of Appeal
- Indigent Status Approval
- Original Notice of Appeal

Ho ever, m April 28, 2025 appellate packet included a total of 21 pages, consisting of:

1. Cover Letter
2. Argument Summar
3. Amended Initial Brief
4. Statement of Case and Facts
5. Full Argument
6. Relief Sought

These documents make up the core of m appellate ling and are necessar for the court s revie . I respectfull request that our o ce con rm hether this 21-page packet as received and scanned into the record. If these pages are missing from the docket, please advise me immediatel so I can re le them ithout further dela .

An dela in ensuring the record is complete ma prejudice m appeal, so I ould appreciate our prompt response. Please con rm receipt of this email and let me kno ho best to proceed. If these documents cannot be located, I reserve m right to immediatel re le the full 21-page packet to preserve the integrit of m appeal.

Thank ou for our time and assistance.

Sincerel ,

Lisset Farfan

## Isaiah 1:17 (NIV)

On Wed, Jul 23, 2025 at 2:44 PM Rob n Young <ROYOUNG@seminoleclerk.org> rote:

> Good afternoon,
>
> Belo are the current documents that I have sent to the legal clerk to go over.
>
> Request for Ruling on Motion to Sta
>
> Request for Court Records
>
> Motion to Sta Enforcement
>
> Motion to Supplement the Record on Appeal
>
> Amended ith Date Request for Hearing Audio
>
> Amended NOA
>
> Indigent App Approved
>
> NOA

Let me kno if there are an other documents that I have not received.

Thank ou,

**Robyn Young**

**Deputy Clerk**

Appeals

101 Eslinger Way

Sanford, FL 32773

Phone: 407-665-4470

www.SeminoleClerk.org

**Grant Maloy,**
Seminole County Clerk
of the Circuit Court and
Comptroller

***"Skilled Professionals Serving People"***

---

**From:** Lisset Farfan <l.adornof@gmail.com>
**Sent:** Wednesday, July 23, 2025 2:16 PM
**To:** Robyn Young <ROYOUNG@seminoleclerk.org>
**Cc:** Lisset Farfan <l.adornof@gmail.com>
**Subject:** Re: 25-02-AP L. Farfan v State of Florida

**EXTERNAL EMAIL:** The email originated from outside of the Seminole County Clerk's Office.
Please DO NOT reply to this email, open any links or attachments unless you trust the sender and know the content is safe.

To Ms Young,

I am riting to respectfull con rm that all documents I le through the Clerk s O ce, including the Motion I submitted prior to Jul 3, 2025, are full accessible to the presiding Judge in m case.

On Jul 3, 2025, the Court requested that I provide the same Motion despite it alread being led through the Clerk s O ce. Additionall , the Court noted that m case could have been dismissed over a document that, to m understanding, as properl led and part of the court record.

I am seeking ritten con rmation that the Jul 3 Motion is re ected in the o cial record and available to the Court. This con rmation ill help avoid an potential prejudice or dismissal resulting from ling discrepancies be ond m control.

Thank ou for our time and attention to this matter. I look for ard to our ritten con rmation.

Respectfull ,

Lisset Farfan

Pro Se Plainti

On Tue, Jul 22, 2025 at 1:05 PM Rob n Young <ROYOUNG@seminoleclerk.org> rote:

I did for ard the Motion to the la clerk. I should be getting an update in a fe da s. You can le it through the clerks o ce, mail, or fa .

Thank ou,

---

**From:** Lisset Farfan <l.adornof@gmail.com>
**Sent:** Tuesday, July 22, 2025 12:23 PM
**To:** Robyn Young <ROYOUNG@seminoleclerk.org>
**Cc:** Lisset Farfan <l.adornof@gmail.com>
**Subject:** Re: 25-02-AP L. Farfan v State of Florida

**EXTERNAL EMAIL:** The email originated from outside of the Seminole County Clerk's Office.
Please DO NOT reply to this email, open any links or attachments unless you trust the sender and know the content is safe.

Good afternoon

M apologies but no one ever has given me that number (25-02-AP); if I didn t receive our notice I ould have never kno it e isted.

I lled in the Clerks o ce therefore I as under the impression that the number 2025TR002814 as correct as no one has ever told me di erentl .

Nonetheless thank ou for providing the information and I ill use that number from no on.

I am still aiting on an update on m Motion to Sta Enforcement of Fine Pending Appeal. Filed on April 28, 2025 or do I need to le an updated version for Circuit Court? Please let me kno also do I email or use the portal?

Thank ou in advance for clarif ing this matter for me.

Lisset Farfan

Pro Se

Appellate

Isaiah 1:17 (NIV)

On Tue, Jul 22, 2025 at 9:00 AM Rob n Young <ROYOUNG@seminoleclerk.org> rote:

Good morning,

It has been brought to m attention that the administrative appeal case 25-02-AP that documents have been led in case 25TR2814. In the future to avoid dela s please le an documents for our appeal notating our appeal case 25-02-AP.

Please let me kno if ou have an questions or concerns.

Thank ou,

**Robyn Young**

**Deputy Clerk**

Appeals

101 Eslinger Way

Sanford, FL 32773

Phone: 407-665-4470

www.SeminoleClerk.org

**Grant Maloy,**
Seminole County Clerk
of the Circuit Court and
Comptroller

# Case No. 25-02-AP - Resubmission of Initial Brief per Jul 3, 2025 Order to Sho Cause

From: Lisset Farfan (l.adornof@gmail.com)

To: jennifer.jones@ courts18.org

Cc: emct courtappeals@sa18.org; l.adornof@gmail.com; lissetfarfan@aol.com

Date: Frida , Jul 18, 2025 at 07:59 PM EDT

Dear Ms. Jones,

In compliance ith the Court s Jul 3, 2025 Order to Sho Cause, I am re-submitting m **Amended Initial Brief of Appellant** in Case No. 2025TR002814 (State of Florida v. Lisset Farfan). If the Court also requires the **original Initial Brief** led prior to this amendment, I am prepared to provide it upon request.

This brief as originall led on April 28, 2025, and I am re-submitting it ith the attached **stamped proof of filing** because the appellate docket has not re ected it. I am also rene ing m request that the follo ing be included in the appellate record:

The radar calibration certi cate and radar log submitted b O cer J. Salgado;
An court recording o cer documents or certi cations from the March 28, 2025 hearing.

Additionall , I am attaching t o pending motions for the Court s revie :

1. **Motion to Stay Enforcement of Fine Pending Appeal** ( led April 28, 2025); and

2. **Motion for Ruling on Previously Filed Motion to Stay** ( led June 16, 2025).

I respectfull request that the Court con rm these lings are no full docketed and that the appellate record is complete, so I can avoid an procedural dismissal. I also ask that the Court issue a ruling on the pending Motion to Sta to prevent enforcement actions hile m appeal remains pending.

Thank ou for our time and attention to this matter. Please advise if an additional steps are needed.

Sincerel ,
Lisset Farfan
2510 S. Laurel Ave.
Sanford, FL 32773
(973) 296-3033
l.adornof@gmail.com

**Attachments:**

1. Cover Letter ith stamped proof of April 28, 2025 ling (E hibit A & B)

2. Ticket AMENDED INITIAL BRIEF OF APPELLANT

3. Ticket MOTION TO STAY ENFORCEMENT OF FINE PENDING APPEAL

4. Ticket MOTION FOR RULING ON PREVIOUSLY FILED MOTION TO STAY

pic proof of filing.JPG

 submitted proof.JPG

 Ticket AMENDED INITIAL BRIEF OF APPELLANT.pdf
123 kB

 Ticket MOTION TO STAY ENFORCEMENT OF FINE PENDING APPEAL.pdf
198.7 kB

Ticket MOTION FOR RULING ON PREVIOUSLY FILED MOTION TO STAY ENFORCEMENT OF FINE PENDING APPEAL.pdf
178.5 kB