**EXHIBIT E**

Order dismissing appeal

**Exhibit E**

IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL
CIRCUIT IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NO.: 25-02-AP

LISSET FARFAN,

    Appellant,

vs.

STATE OF FLORIDA,

    Appellee.
_____/

## ORDER DISMISSING APPEAL

**THIS CAUSE** comes before the Court on its own motion. On July 3, 2025, the Court issued an Order to Show Cause informing Appellant that her Initial Brief was due on or before June 30, 2025, and directing Appellant to file an Initial Brief within 20 days of the Order. Appellant was advised that the failure to comply with the Court's order would result in dismissal of the appeal without further notice. As of this date, Appellant has failed to file an Initial Brief in this case, or give any explanation for the failure to comply with the Court's order or the Florida Rules of Appellate Procedure.

Accordingly, it is **ORDERED AND ADJUDGED** that this appeal is hereby **DISMISSED.** No Mandate will be issued.

**DONE AND ORDERED** in Chambers at Sanford, Seminole County, Florida, this 25th day of August, 2025.

MICHAEL J. RUDISILL, CIRCUIT JUDGE
Administrative Judge, Civil Appellate Division

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Order has been furnished by e-mail or U.S. Mail on this 25th day of August, 2025, to the following:

Lisset Farfan
2510 South Laurel Avenue
Sanford, FL 32773
lissetfarfan@aol.com

Office of the State Attorney
semctycourtappeals@sa18.org

_Kirsten Jogue_
JUDICIAL ASSISTANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Order has been furnished by e-mail or U.S. Mail on this 25th day of August, 2025, to the following:

Lisset Farfan
2510 South Laurel Avenue
Sanford, FL 32773
lissetfarfan@aol.com

Office of the State Attorney
semctycourtappeals@sa18.org